FILED:  March 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1973 (L)
(10-CA-279843)
(10-CA-280804)
(10-CA-281786)
(10-CA-282554)
(10-CA-296060)
(10-CA-279259)

_____

GARTEN TRUCKING LC

        Petitioner

v.

NATIONAL LABOR RELATIONS BOARD

        Respondent

ASSOCIATION OF WESTERN PULP AND PAPER WORKERS

        Intervenor

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is
advised that no further extensions will be granted for filing the response brief
absent a showing of extraordinary circumstances.

Response brief due: 06/09/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk